**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

LOUIS J. GALLAUD                                                      CIVIL ACTION
                                                                      NO. 07-0227

VERSUS

AMERICAN FAMILY MUTUAL INSURANCE                                      SECTION M
COMPANY AND TOMMY L. DEAN

**ORDER**

Before the Court is Plaintiff's Motion for Reconsideration of this Court's Order of July 11, 2008, dismissing this case with prejudice.  The motion is opposed by Defendant, and came for hearing on the briefs on August 20, 2008.   The motion, considered by the Court as a motion for relief of judgment pursuant to FRCP 60(b), does not provide any justification for relief and therefore must be denied.

My high school English teacher gave two grades - one for originality and one for following the rules of grammar, punctuation, etc. Her grade for Plaintiff's counsel's memorandum would have been A/F.  Having said that, Defendant's respectful opposition to the motion presents a correct analysis of the situation, and the Court, with the same empathy and compassion for such sad events, agrees with Defendant.

Accordingly, the Motion for Reconsideration (rec.doc. #46) is **DENIED.**

New Orleans, Louisiana, this 20th day of August, 2008.

Peter Beer
United States District Judge